1  LAWRENCE G. BROWN
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant United States Attorney
3  COLLEEN R. VILLARREAL
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-350 GGH |
|---|---|---|
| Plaintiff, | ) | Stipulation to Continue Judgment and Sentencing and Order |
| v. | ) | |
| MIYUKI WILLIAMSON, | ) | Date: November 4, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between the United States and the defendant, MIYUKI WILLIAMSON, to continue the Judgment and Sentencing Hearing set for November 4, 2009, at 10:00 a.m., to March 10, 2009 [sic 2010], at 10:00 a.m.

///
///
///
///
///
///
///
///

1

The parties agree to this continuance as the citing officer and the assisting officer have both been deployed and will not be available until early March of 2010.

DATED: October 27, 2009          LAWRENCE G. BROWN
                                 United States Attorney

                           By:   /s/ Robin Taylor for
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

                           By:   /s/ Colleen R. Villarreal
                                 COLLEEN R. VILLARREAL
                                 Certified Law Clerk

DATED: October 27, 2009          DANIEL J. BRODERICK
                                 Federal Defender

                           By:   /s/ Lauren Day Cusick
                                 LAUREN D. CUSICK
                                 Attorney for Defendant

O R D E R

IT IS SO ORDERED:

Dated: October 28, 2009

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

williamson.eot