1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLLEEN R. VILLARREAL
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739

6

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    Cr. No. S-09-350 GGH
                                  )
12          Plaintiff,            )    GOVERNMENT'S MOTION TO DISMISS
                                  )    INFORMATION AND ORDER
13      v.                        )
                                  )
14  MIYUKI WILLIAMSON,            )    DATE:  March 10, 2010
                                  )    TIME:  10:00 a.m.
15          Defendant.            )    JUDGE: Hon. Gregory G. Hollows
    _____ )

16

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, plaintiff United States of America, by and through its

19  undersigned attorney, hereby moves this Honorable Court for an

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1  Order dismissing the above-entitled matter, Cr. No. S-09-350 GGH.

2  DATED: March 3, 2010

3                                    Benjamin B. Wagner
                                     United States Attorney
4

5                            By:  /s/ Heiko Coppola for:
                                   MATTHEW C. STEGMAN
6                                  Assistant U.S. Attorney

7                                O R D E R

8

9  IT IS SO ORDERED:

10 DATED: March 4,2010

11 /s/ Gregory G. Hollows
   _____
12 HON. GREGORY G. HOLLOWS
   United States Magistrate Judge
13

14
   williamson.ord
15

16

17

18

19

20

21

22

23

24

25

26

27

28